### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHARON RUEBKE,**                      )
                                        )
        **Plaintiff,**         )
                                        )
**vs.**                                 )   **Civil No.   14-cv-1138-CJP**
                                        )
**COMMISSIONER of SOCIAL**              )
**SECURITY,**                           )
                                        )
        **Defendant.**         )
                                        )

## JUDGMENT IN A CIVIL CASE

    **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 36), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

    Judgment is entered in favor of plaintiff Sharon Ruebke and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED:        12/11/2015

                         **JUSTINE FLANAGAN,**
                         **Acting Clerk of Court**

                         **BY:  s/Reid Hermann**
                                 **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**